# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

DAVID KRAMER AND HENRY
WARREN

NO.   2023 CW 1217

VERSUS

TOBY L. STRAHAN, DRM
EQUIPMENT, LLC, PROGRESSIVE
AUTOMOBILE INSURANCE COMPANY

**FEBRUARY 16, 2024**

---

In Re:    Host Terminals, LLC, applying for supervisory writs,
18th Judicial District Court, Parish of West Baton
Rouge, No. 44779.

---

**BEFORE:   WELCH, WOLFE, AND STROMBERG, JJ.**

**STAY DENIED; WRIT DENIED ON THE SHOWING MADE.**

**JEW**
**EW**
**TPS**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT